**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SANTOS RIVERA-RUIS,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | No. 3:08-CV-1819-D |
| | ) | |
| **WARDEN JILL WATSON, ROLLING PLAINS** | ) | |
| **DETENTION CENTER,** | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

December 23, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE